



```
1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )   2:08-CR-093 FCD
                                  )
12              Plaintiff,        )
                                  )   [PROPOSED] STIPULATION AND
13      v.                        )   PROTECTIVE ORDER BETWEEN
                                  )   UNITED STATES AND AKEMI BOTTARI
14 CHARLES HEAD, et al.,          )
                                  )
15                                )
                Defendants.       )
16 _____)
17
18      Defendant Akemi Bottari and Plaintiff, by and through their
19 counsel of record, hereby agree and stipulate as follows:
20      1.   This Court may enter protective orders pursuant to Rule
21 16(d) of the Federal Rules of Criminal Procedure, and its general
22 supervisory authority.
23      2.   This Order pertains to all discovery provided to or made
24 available to Defense Counsel as part of discovery in this case
25 (hereafter, collectively known as "the discovery").
26      3.   Defense Counsel shall not disclose any of the discovery to
27 any person other than their respective defendant/client, witnesses
28 that they may be interviewing or preparing for trial, attorneys, law
```

1

1  clerks, paralegals, secretaries, experts, and investigators involved
2  in the representation of his/her client.

3      4.    The discovery and information therein may only be used in
4  connection with the litigation of this case and for no other
5  purpose.  The discovery is now and will forever remain the property
6  of the United States Government.  Defense counsel will return the
7  discovery to the Government or certify that it has been shredded at
8  the conclusion of the case.

9      5.    Defense Counsel will store the discovery in a secure place
10 and will use reasonable care to ensure that it is not disclosed to
11 third persons in violation of this agreement.

12     6.    If Defense Counsel make, or cause to be made, any further
13 copies of any of the discovery, Defense Counsel will inscribe the
14 following notation on each copy: "U.S. Government Property; May Not
15 Be Used Without U.S. Government Permission."

16     7.    If Defense Counsel release custody of any of the
17 discovery, or authorized copies thereof, to any person described in
18 paragraph (3), Defense Counsel shall provide such recipients with
19 copies of this Order and advise that person that the discovery is
20 the property of the Unites States Government, that the discovery and
21 information therein may only be used in connection with the
22 litigation of this case and for no other purpose, and that an
23 unauthorized use of the discovery may constitute a violation of law
24 and/or contempt of court.

25     8.    Defense Counsel shall be responsible for advising his or
26 her respective defendant, employees and other members of the defense
27 team, and defense witnesses of the contents of this
28 ///

2

1   Stipulation/Order.

2

3   IT IS SO STIPULATED.

4

5   DATED:  11 APR 2008                McGREGOR W. SCOTT
                                       United States Attorney
6

7                              By:
                                   S. ROBERT TICE-RASKIN
8                                  ELLEN V. ENDRIZZI
                                   Assistant U.S. Attorneys
9

10

11  DATED:  4/23/08             By:

12                                 Counsel for Defendant
                                   AKEMI BOTTARI
13

14

15          IT IS SO FOUND AND ORDERED.

16

17  DATED:  5/9/08

18                                 HON. FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

                                   3