**Law Office of
Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com
Attorneys for Defendant **AKEMI BOTTARI**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO: 2:08 CR-0093-FCD |
| | ) |
| Plaintiff, | ) ORDER |
| | ) |
| v. | ) |
| | ) |
| CHARLES HEAD, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Akemi Bottari's pretrial release shall be modified to allow her to travel out of district as follows:

    a.  August 1 through 3, 2008 depart/return to Los Angeles County, via airplane to/from San Mateo, California to attend her aunt's 90th birthday party; and

    b.  August 29 through September 2, 2008, depart/return to Los Angeles County, via airplane to/from San Mateo, California to attend a wedding.

\ \

\ \

1     Defendant is further ordered to call her Pretrial
2 Services Officer for the Central District of California upon
3 her departure and return for both trips.
4     IT IS SO ORDERED.
5 DATED: June 30, 2008.

                                       U.S. MAGISTRATE JUDGE