**Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com
Attorneys for Defendant **AKEMI BOTARI**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               ) ORDER
                                   )
     v._____      )
                                   )
                                   )
CHARLES HEAD, et al.               )
                                   ) NO: 2:08 CR-0093-FCD
          Defendants.              )
_____  )

     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

Defendant Akemi Bottari's pretrial release shall be modified

to allow her to travel out of district as follows:

     a.   Depart and return to Los Angeles County, via

     airplane on Tuesday, October 21, 2008, to San

     Francisco, California to attend a work function.

     Defendant is further ordered to call her Pretrial

Services Officer for the Central District of California upon

her departure and return.

     IT IS SO ORDERED.

DATED:09/19/08                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

head.ord

- Page 1 -