1 | **Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com

Attorneys for Defendant **AKEMI BOTARI**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
UNITED STATES OF AMERICA,    )
          Plaintiff,         ) ORDER
                             )
     v._____     )
                             )
                             )
CHARLES HEAD, et al.         )
                             ) NO: 2:08 CR-0093-FCD
          Defendants.        )
_____    )
```

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Akemi Bottari's pretrial release shall be modified to allow her to travel out of district as follows:

  a.  Depart and return to Los Angeles County, via airplane on Tuesday, October 21, 2008, to San Francisco, California to attend a work function.

  Defendant is further ordered to call her Pretrial Services Officer for the Central District of California upon her departure and return.

  IT IS SO ORDERED.

DATED:09/19/08          /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

head.ord

- Page 1 -