**Law Office of
Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com
Attorneys for Defendant **AKEMI BOTARI**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO: 2:08 CR-0093-FCD |
|  | ) |
| Plaintiff, | ) ORDER |
|  | ) |
| v. | ) |
|  | ) |
| CHARLES HEAD, et al. | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Akemi Bottari's pretrial release shall be modified to allow her to temporarily travel out of district as follows:

    a.  On November 1 thru November 2, 2008 depart and return to Los Angeles County, via automobile to/from San Diego, California to attend a friend's birthday party.  and

    b.  On November 7 thru November 10, 2008, depart and return to Los Angeles County, via airplane to/from San Francisco, California to attend a work function.

1  Defendant is further ordered to call her Pretrial
2  Services Officer for the Central District of California upon
3  her departure and return.
4  IT IS SO ORDERED.
5  DATED: October 23, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE