**Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com
Attorneys for Defendant **AKEMI BOTTARI**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | ORDER |
|    v. ) | |
| CHARLES HEAD, et al. ) | NO: 2:08 CR-0093-FCD |
|       Defendants. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Akemi Bottari's pretrial release shall be temporarily modified allowing her to travel out of district as follows:

    a.  On December 4, 2008 thru December 7, 2008, depart and return to Los Angeles County, via airplane to/from San Francisco, California for a work related function; and

    b.  On December 23, 2008 thru January 4, 2009, depart and return to Los Angeles County, via automobile to/from San Francisco, California for the holidays with her family.

1    Defendant is further ordered to call her Pretrial
2 Services Officer for the Central District of California upon
3 her departure and return for both trips.
4    IT IS SO ORDERED.
5 DATED: November 19, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11 Ddad1/orders.criminal/head0093.ord