**Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com

**FILED**

MAY 1 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Defendant **AKEMI BOTARI**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CHARLES HEAD, et al.<br><br>                Defendants. | ) NO: 2:08 CR-0093-KJM<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Akemi Bottari's pretrial release shall be temporarily modified allowing her to travel out of district on June 22, 2012 from Los Angeles, California, via air, to Las Vegas, Nevada and return on June 24, 2012, via air to Los Angeles County.

FURTHERMORE, Defendant is further ordered to contact her Pretrial Services Officer for the Central District of California upon her departure and return.

IT IS SO ORDERED.

DATED: 5/11/12

_Dale A. Dgd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE