**EDWARD M. ROBINSON (CA Bar 126244)**
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office: (310) 316-9333
Facsimile: (310) 316-6442
eroblaw@gmail.com

Attorneys for Defendant
*Akemi Bottari*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AKEMI BOTTARI,<br><br>          Defendant. | Case No. 08-cr-00093-KJM<br><br>**STIPULATION, DECLARATION OF COUNSEL, EXHIBIT AND ORDER FOR EXONERATION OF BOND** |

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris, Assistant United States Attorney, and defendant Akemi Bottari, by and through her attorney Edward M. Robinson, that the bond posted on behalf of Ms. Bottari is hereby exonerated.

This stipulation is based upon the facts set forth in the declaration of counsel set forth herein.

                                        Respectfully submitted,


DATED: May 18, 2020          By   */s/ Edward M. Robinson*

1

<pre>
                                  Edward M. Robinson
                                  Attorney for Defendant Akemi Bottari


DATED:  May 18, 2020              McGREGOR W. SCOTT
                                  United States Attorney


                                  By   /s/ Matthew G. Morris, per electronic authorization
                                       Matthew G. Morris
                                       Assistant United States Attorney
</pre>

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the bond in place for Ms. Bottari is hereby exonerated and the clerk of the Court is ordered to reconvey the secured interest.

DATED: May 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3